UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

JOSEPH SADECCA, Individually,

    Plaintiff,

Case No.:

v.

VOLUSIA/FLAGLER FAMILY YOUNG
MEN'S CHRISTIAN ASSOCIATION, INC.,
a Florida Corporation, and
CHRISTOPHER JAMES SEILKOP, Individually,

    Defendants.
_____/

## COMPLAINT AND DEMAND FOR JURY TRIAL

COMES NOW, Plaintiff, Joseph Sadecca, by and through his undersigned trial counsel, and files his Complaint and Demand for Jury Trial against his former employers the Defendants, Volusia/Flagler Family Young Men's Christian Association, Inc., a Florida corporation, and Christopher James Seilkop, Individually, and states:

### *JURISDICTION AND VENUE*

1. This is an action by Plaintiff, Joseph Sadecca, against both the Defendants, Volusia/Flagler Family Young Men's Christian Association, Inc. and Christopher James Seilkop, for unpaid overtime pursuant to the federal *Fair Labor Standards Act*, as amended, *29 U.S.C. §216(b)* and unpaid minimum wages pursuant to *Article X, Section 24, state of Florida Constitution*. Joseph Sadecca seek damages of more than $11,000, not including reasonable attorney's fees and costs associated with this action, which are part of this action.

2. This court has jurisdiction over Plaintiff, Joseph Sadecca, because at all times material to his Complaint and Demand for Jury Trial, Joseph Sadecca was a resident of Port Orange, Volusia County, Florida.

3. The illegal conduct complaint of and the resultant injury occurred within the judicial district in and for Daytona Beach, Volusia County, Florida.

## *PARTIES*

4. The Defendants, Volusia/Flagler Family Young Men's Christian Association, Inc. and Christopher James Seilkop employed Plaintiff, Joseph Sadecca, from approximately October 1, 2018 through November 25, 2019, as a head coach.

5. The Defendant, Volusia/Flagler Family Young Men's Christian Association, Inc., was at all times material, a Florida corporation licensed to conduct business in the state of Florida.

6. Defendant, Christopher James Seilkop, was at all times material, running the day to day operations of the Defendant, Volusia/Flagler Family Young Men's Christian Association, Inc.

7. During his employment with the Defendants, Volusia/Flagler Family Young Men's Christian Association, Inc. and Christopher James Seilkop did not pay Plaintiff, Joseph Sadecca one-half for all hours worked in excess of 40 hours per work week.

8. At all times material to this action, the Defendant, Volusia/Flagler Family Young Men's Christian Association, Inc., was an enterprise covered by the *Fair Labor Standards Act*, as defined by *29 U.S.C. §§ 203(r)* and *203(s)*.

9. At all times material to this action, Defendant, Christopher James Seilkop, was an

employer as defined by the *Fair Labor Standards Act* as "any person acting directly or indirectly in the interest of an employer in relation to an employee. . . ." *29 U.S.C. §203.(d)*.

10. The Defendants, Volusia/Flagler Family Young Men's Christian Association, Inc. and Christopher James Seilkop, have employees subject to the provisions of the *Fair Labor Standards Act*.

11. At all times material, Plaintiff, Joseph Sadecca, was an employee of the Defendants, Volusia/Flagler Family Young Men's Christian Association, Inc. and Christopher James Seilkop, and was "engaged in commerce" as defined by *29 U.S.C. §§ 206(a) and (206)(a)(1)*.

12. At all times material to this action, the Defendant, Volusia/Flagler Family Young Men's Christian Association, Inc., was an employer within the meaning of the *Fair Labor Standards Act*.

13. Based upon information and belief the annual gross revenue of the Defendants, Volusia/Flagler Family Young Men's Christian Association, Inc. and Christopher James Seilkop, is in excess of $500,000 annually.

14. At all times material to this action, the Defendants, Volusia/Flagler Family Young Men's Christian Association, Inc. and Christopher James Seilkop, employed at least 2 employees who handled goods such as products, supplies, parts and equipment that previously moved through commerce.

15. At all times material to this action, Plaintiff, Joseph Sadecca, "engaged in commerce" subject to the individual coverage of the *Fair Labor Standards Act*.

16. At all times material to this action, the Defendants, Volusia/Flagler Family Young Men's Christian Association, Inc. and Christopher James Seilkop, failed to comply with the *Fair*

*Labor Standards Act, as amended, 29 U.S.C. §216(b),* because Plaintiff, Joseph Sadecca, performed services for which no provisions were made by Volusia/Flagler Family Young Men's Christian Association, Inc. and Christopher James Seilkop to properly pay Joseph Sadecca for those hours worked in excess of 40 per work week, and to ensure Joseph Sadecca was paid at least minimum wage for each hour worked.

17. Upon information and belief, the records to the extent any exists, concerning the number of hours worked and paid to Plaintiff, Joseph Sadecca, are in possession and control of the Defendants, Volusia/Flagler Family Young Men's Christian Association, Inc. and Christopher James Seilkop.

18. The Defendants, Volusia/Flagler Family Young Men's Christian Association, Inc. and Christopher James Seilkop, agreed to pay Plaintiff, Joseph Sadecca. Joseph Sadecca accepted this agreement and performed work for Volusia/Flagler Family Young Men's Christian Association, Inc. and Christopher James Seilkop.

19. At all times material to this action, the work performed by Plaintiff, Joseph Sadecca, was directly essential to the business performed by the Defendants, Volusia/Flagler Family Young Men's Christian Association, Inc. and Christopher James Seilkop.

20. Plaintiff, Joseph Sadecca, retained The Harr Law Firm to represent him in this matter and has agreed to pay said firm reasonable attorney's fees for its service.

21. All conditions precedent to bringing this lawsuit have occurred, been performed, or been waived.

## *COMPLIANCE WITH SECTION 448.110(6)(a), FLORIDA STATUTES*

22. Pursuant to *Section 448.110(6)(a), Florida Statutes*, are correspondence sent to both

Defendants, Volusia/Flagler Family Young Men's Christian Association, Inc. and Christopher James Seilkop via United States Mail, Return Receipt Requested.[1]

## *COUNT I*

## *VIOLATION OF THE FAIR LABOR STANDARDS ACT AGAINST VOLUSIA/FLAGLER FAMILY YOUNG MEN'S CHRISTIAN ASSOCIATION, INC.*

23. Plaintiff, Joseph Sadecca, reallages the allegations contained in paragraphs 1 through 22 above.

24. As a result of the Defendant, Volusia/Flagler Family Young Men's Christian Association, Inc.'s intentional and willful, and unlawful acts in refusing to pay Plaintiff, Joseph Sadecca, time and one-half his regular rate of pay for each hour worked in excess of 40 per work week in 1 or more work weeks, Joseph Sadecca suffered financial damages plus incurring reasonable attorney's fees and costs.

25. Specifically, the Defendant, Volusia/Flagler Family Young Men's Christian Association, Inc., was aware Plaintiff, Joseph Sadecca, performed non-exempt job duties, but still refused to pay Joseph Sadecca overtime hours for hours worked in excess of 40 per work week.

26. The Defendant, Volusia/Flagler Family Young Men's Christian Association, Inc., willfully failed to pay Plaintiff, Joseph Sadecca, time and one-half his regular rate of pay for each hour worked in excess of 40 per work week in 1 or more work weeks.

27. The Defendant, Volusia/Flagler Family Young Men's Christian Association, Inc.,

---

[1] *See*, Exhibits "A" and "B."

failed to post required *Fair Labor Standards Act.* informational listings as required by law.

28. As a result of the Defendant, Volusia/Flagler Family Young Men's Christian Association, Inc.'s willful violation of the *Fair Labor Standards Act*, Plaintiff, Joseph Sadecca, is entitled to liquidated damages.

29. Plaintiff, Joseph Sadecca, is entitled to an award of reasonable attorney's fees and costs pursuant to *29 U.S.C. §216(b).*

WHEREFORE, Plaintiff, Joseph Sadecca, demands judgment against the Defendant, Volusia/Flagler Family Young Men's Christian Association, Inc., for compensatory damages, and additional amount of liquidated damages, or in the alternative, interest on the unpaid overtime owed, reasonable attorney's fees and costs incurred in this action.

## *COUNT II*

## *VIOLATION OF THE FAIR LABOR STANDARDS ACT*

## *AGAINST CHRISTOPHER JAMES SEILKOP*

30. Plaintiff, Joseph Sadecca, reallages the allegations contained in paragraphs one 1 through 22 above.

31. As a result of Defendant, Christopher James Seilkop's intentional and willful, and unlawful acts in refusing to pay Plaintiff, Joseph Sadecca, time and one-half his regular rate of pay for each hour worked in excess of 40 per work week in 1 or more work weeks, Joseph Sadecca suffered financial damages plus incurring reasonable attorney's fees and costs.

32. Specifically, Defendant, Christopher James Seilkop, was aware Plaintiff, Joseph Sadecca, performed non-exempt job duties, but still refused to pay Joseph Sadecca overtime hours

for hours worked in excess of 40 per work week.

33. Defendant, Christopher James Seilkop, willfully failed to pay Plaintiff, Joseph Sadecca, time and one-half his regular rate of pay for each hour worked in excess of 40 per work week in 1 or more work weeks.

34. Defendant, Christopher James Seilkop, failed to post required *Fair Labor Standards Act.* informational listings as required by law.

35. As a result of Defendant, Christopher James Seilkop's willful violation of the *Fair Labor Standards Act*, Plaintiff, Joseph Sadecca, is entitled to liquidated damages.

36. Plaintiff, Joseph Sadecca, is entitled to an award of reasonable attorney's fees and costs pursuant to *29 U.S.C. §216(b)*.

WHEREFORE, Plaintiff, Joseph Sadecca, demands judgment against Defendant, Christopher James Seilkop, for compensatory damages, and additional amount of liquidated damages, or in the alternative, interest on the unpaid overtime owed, reasonable attorney's fees and costs incurred in this action.

## *COUNT III*

### *VIOLATION OF ARTICLE X, SECTION 24, STATE OF FLORIDA CONSTITUTION*
### *VOLUSIA/FLAGLER FAMILY YOUNG MEN'S CHRISTIAN ASSOCIATION, INC.*

37. Plaintiff, Joseph Sadecca, reallages the allegations contained in paragraphs 1 through 22 above.

38. *Article X, Section 24(c), state of Florida Constitution*, requires employers to pay to employees wages no less than minimum wage for all hours worked.

39. The Defendant, Volusia/Flagler Family Young Men's Christian Association, Inc., failed to compensate Plaintiff, Timothy McDonald, at least minimum wage for all hours worked.

40. As a result of the Defendant, Volusia/Flagler Family Young Men's Christian Association, Inc.'s violation of *Article X, Section 24(c), state of Florida Constitution*, Plaintiff, Timothy McDonald, is entitled to liquidated damages.[2]

41. Plaintiff, Joseph Sadecca, is entitled to an award of reasonable attorney's fees and costs.

WHEREFORE, Plaintiff, Joseph Sadecca, demands judgment against the Defendant, Volusia/Flagler Family Young Men's Christian Association, Inc., for compensatory damages, and additional amount of liquidated damages, or in the alternative, interest on the unpaid overtime owed, reasonable attorney's fees and costs incurred in this action.

## *COUNT IV*

### *VIOLATION OF ARTICLE X, SECTION 24, STATE OF FLORIDA CONSTITUTION*

### *AGAINST CHRISTOPHER JAMES SEILKOP*

42. Plaintiff, Joseph Sadecca, reallages the allegations contained in paragraphs 1 through 22 above.

43. *Article X, Section 24(c), state of Florida Constitution*, requires employers to pay to employees wages no less than minimum wage for all hours worked.

44. Defendant, Christopher James Seilkop, failed to compensate Plaintiff, Joseph

---

[2] *See, Article X, Section 24(e), state of Florida Constitution.*

Sadecca, at least minimum wage for all hours worked.

45. As a result of Defendant, Christopher James Seilkop's violation of *Article X, Section 24(c), state of Florida Constitution*, Plaintiff, Joseph Sadecca, is entitled to liquidated damages.[3]

46. Plaintiff, Joseph Sadecca, is entitled to an award of reasonable attorney's fees and costs.

**WHEREFORE**, Plaintiff, Joseph Sadecca, demands judgment against Defendant, Christopher James Seilkop, for compensatory damages, and additional amount of liquidated damages, or in the alternative, interest on the unpaid overtime owed, reasonable attorney's fees and costs incurred in this action.

## *JURY TRIAL*

47. Plaintiff, Joseph Sadecca, demands a trial by jury.

Dated this 10th day of March, 2020.

Respectfully submitted

/s/ *Jason L. Harr*
JASON L. HARR
Florida Bar No.: 0194336
THE HARR LAW FIRM
The Harr Professional Center
517 South Ridgewood Avenue
Daytona Beach, Florida 32114
Email: jasonharr@harrlawfirm.com

---

[3] *See, Article X, Section 24(e), state of Florida Constitution.*

lynnwilkins@harrlawfirm.com
miriamjuarez@harrlawfirm.com
Telephone: (386) 226-4866
Telefax: (386) 226-4886
**ATTORNEY FOR PLAINTIFF
JOSEPH SADECCA**

ATTACHMENTS:
    Exhibit "A" - Notice of Intent to Initiate Litigation dated February 10, 2020
    Exhibit "B" - Notice of Intent to Initiate Litigation dated February 10, 2020

| Jason L. Harr |  | Lynn Wilkins |
|---|---|---|
| *Attorney at Law* | | *Paralegal to Mr. Harr* |
| | THE HARR LAW FIRM | |
| | A PROFESSIONAL CORPORATION | Miriam Juarez |
| | 517 South Ridgewood Avenue | *Office Manager* |
| | Daytona Beach, Florida 32114 | |
| | Telephone: 386.226.4866 | |
| | Telefax: 386.226.4886 | |
| | Website: www.harrlawfirm.com | |

February 10, 2020

<u>SENT U.S. MAIL - RETURN RECEIPT REQUESTED</u>

Ms. LaToya T. Figueroa, Registered Agent
Volusia Flagler YMCA
761 East International Speedway Boulevard
DeLand, Florida 32724

      Re:   *Joseph Sedacca v. Volusia Flagler YMCA, et al.*
            Our File Number: 797/001
            NOTICE OF INTENT TO INITIATE LITIGATION PURSUANT
            TO SECTION 448.110(6)(A), FLORIDA STATUTES

Dear Ms. Figueroa:

      Please be aware this office has been retained by Mr. Joseph Sedacca regarding the above referenced matter. <u>Since Mr. Sedacca has retained legal representation please do not attempt to contact him, nor have anyone else employed with or associated with Volusia Flagler YMCA contact him except through this office</u>. The following is being sent via U.S. Mail - Return Receipt Requested in order to confirm receipt.

      <u>Please find this formal notice of our intent to initiate litigation against you for unpaid wages pursuant to *Article X, Section 24, state of Florida Constitution* and the federal *Fair Labor Standards Act.*</u>.

      Pursuant to *Section 448.110(6)(a), Florida Statutes,* below please find a chart that shows the days Mr. Sedacca worked, the hourly rate, hours for which payment is sought, and the total amount of alleged unpaid wages through the date of the notice.

[Rest of page left blank intentionally]

Volusia Flagler YMCA
c/o Ms. LaToya T. Figueroa
February 10, 2020
- Page 2 -

| DATES WORKED | HOURS FOR WHICH PAYMENT IS SOUGHT REGULAR | HOURS FOR WHICH PAYMENT IS SOUGHT OVERTIME | HOURLY RATE OF PAY / HOURLY OVERTIME RATE OF PAY | TOTAL AMOUNT OF WAGES ALLEGED OWED |
|---|---|---|---|---|
| 01/03/2019 - 01/16/2019 | 80 | N/A | $16.83 | $375.00 |
| 01/31/2019 - 02/13/2019 | 80 | N/A | $16.83 | $375.00 |
| 02/28/2019 - 03/13/2019 | 80 | N/A | $16.83 | $375.00 |
| 03/28/2019 - 04/10/2019 | 80 | N/A | $16.83 | $375.00 |
| 04/25/2019 - 05/08/2019 | 80 | N/A | $16.83 | $375.00 |
| 05/23/2019 - 06/04/2019 | 80 | N/A | $17.95 | $1,571.78 |
| 06/05/2019 - 06/20/2019 | 80 | N/A | $17.95 | $148.30 |
| 06/21/2019 - 07/10/2019 | 80 | N/A | $17.95 | $523.30 |
| 07/11/2019 - 07/24/2019 | 80 | N/A | $17.95 | $120.01 |
| 07/25/2019 - 08/07/2019 | 80 | N/A | $17.95 | $515.00 |
| 08/21/2019 - 09/04/2019 | 80 | N/A | $17.95 | $375.00 |
| TOTAL | | | | $5,128.39 |

      Total amount of unpaid wages claimed: $5,128.39
      Total amount of liquidated damages claimed: $5,128.39
      Total amount of attorney's fees and costs claimed to date: $500.

      In an effort to further investigate this nature of these violations in a timely and cost effective manner, and so we may continue our investigation into this matter, please provide my office with any and all pay and time records pertaining to Mr. Joseph Sedacco.

      Please direct any and all correspondence regarding this matter directly to my office. Additionally, please be aware the law prohibits anyone from discriminating or retaliating against a current or former employee for pursuing their right to unpaid wages.

      I anticipate your response.

                              Sincerely,
                              THE HARR LAW FIRM, by:

                              JASON L. HARR, J.D., M.P.A.

JLH:mj

cc: Mr. Joseph Sedacca

```
U.S. Postal Service
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

DELAND, FL 32724
                Sedacca / 001

Certified Mail Fee   $3.55
$                           $2.85
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $  $0.00
☐ Return Receipt (electronic)       $  $0.00
☐ Certified Mail Restricted Delivery $  $0.00
☐ Adult Signature Required          $  $0.00
☐ Adult Signature Restricted Delivery $

Postage       $0.55
$
Total Postage and Fees
              $6.95
$
Sent To
    Ms. LaToya Figueroa
Street and Apt. No., or PO Box No.
    761 E. International Speedway
City, State, ZIP+4®
    Daytona Beach, FL 32114

PS Form 3800, April 2015 PSN 7530-02-000-9047    See Reverse for Instructions
```

7015 3010 0000 2480 4522

Postmark: HOLLY HILL FL 32125 — FEB 10 2020 — 02/10/2020



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:
Ms. Lalloya T. Figueroa
Registered Agent
Volusia Flagler YMCA
761 E. International
Speedway Boulevard
Daytona, FL 32724

9590 9402 2443 6249 3566 11

7015 3010 0000 2480 4522

PS Form 3811, July 2015 PSN 7530-02-000-9053



USPS TRACKING #

9590 9402 2443 6249 3566 11

United States Postal Service

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

Sender: Please print your name, address, and ZIP+4 in this box

The Harr Law Firm
Harr Professional Center
517 South Ridgewood Ave.
Daytona Beach, FL 32114

Sedacca / 001



Jason L. Harr
*Attorney at Law*

# THE HARR LAW FIRM
A PROFESSIONAL CORPORATION
517 South Ridgewood Avenue
Daytona Beach, Florida 32114
Telephone: 386.226.4866
Telefax: 386.226.4886
Website: www.harrlawfirm.com

Lynn Wilkins
*Paralegal to Mr. Harr*

Miriam Juarez
*Office Manager*

February 10, 2020

<u>SENT U.S. MAIL - RETURN RECEIPT REQUESTED</u>

Mr. Christopher James Seilkop, CEO
Volusia Flagler YMCA
761 East International Speedway Boulevard
DeLand, Florida 32724

  Re: *Joseph Sedacca v. Christopher James Seikop, et al.*
    Our File Number: 797/001
    NOTICE OF INTENT TO INITIATE LITIGATION PURSUANT
    TO SECTION 448.110(6)(A), FLORIDA STATUTES

Dear Mr. Seilkop:

  Please be aware this office has been retained by Mr. Joseph Sedacca regarding the above referenced matter. <u>Since Mr. Sedacca has retained legal representation please do not attempt to contact him, nor have anyone else employed with or associated with Volusia Flagler YMCA contact him except through this office</u>. The following is being sent via U.S. Mail - Return Receipt Requested in order to confirm receipt.

  <u>Please find this formal notice of our intent to initiate litigation against you for unpaid wages pursuant to *Article X, Section 24, state of Florida Constitution* and the federal *Fair Labor Standards Act.*</u>.

  Pursuant to *Section 448.110(6)(a), Florida Statutes,* below please find a chart that shows the days Mr. Sedacca worked, the hourly rate, hours for which payment is sought, and the total amount of alleged unpaid wages through the date of the notice.

[Rest of page left blank intentionally]

| DATES WORKED | HOURS FOR WHICH PAYMENT IS SOUGHT REGULAR | HOURS FOR WHICH PAYMENT IS SOUGHT OVERTIME | HOURLY RATE OF PAY / HOURLY OVERTIME RATE OF PAY | TOTAL AMOUNT OF WAGES ALLEGED OWED |
|---|---|---|---|---|
| 01/03/2019 - 01/16/2019 | 80 | N/A | $16.83 | $375.00 |
| 01/31/2019 - 02/13/2019 | 80 | N/A | $16.83 | $375.00 |
| 02/28/2019 - 03/13/2019 | 80 | N/A | $16.83 | $375.00 |
| 03/28/2019 - 04/10/2019 | 80 | N/A | $16.83 | $375.00 |
| 04/25/2019 - 05/08/2019 | 80 | N/A | $16.83 | $375.00 |
| 05/23/2019 - 06/04/2019 | 80 | N/A | $17.95 | $1,571.78 |
| 06/05/2019 - 06/20/2019 | 80 | N/A | $17.95 | $148.30 |
| 06/21/2019 - 07/10/2019 | 80 | N/A | $17.95 | $523.30 |
| 07/11/2019 - 07/24/2019 | 80 | N/A | $17.95 | $120.01 |
| 07/25/2019 - 08/07/2019 | 80 | N/A | $17.95 | $515.00 |
| 08/21/2019 09/04/2019 | 80 | N/A | $17.95 | $375.00 |
| TOTAL | | | | $5,128.39 |

       Total amount of unpaid wages claimed: $5,128.39
       Total amount of liquidated damages claimed: $5,128.39
       Total amount of attorney's fees and costs claimed to date: $500

In an effort to further investigate this nature of these violations in a timely and cost effective manner, and so we may continue our investigation into this matter, please provide my office with any and all pay and time records pertaining to Mr. Joseph Sedacco.

Please direct any and all correspondence regarding this matter directly to my office. Additionally, please be aware the law prohibits anyone from discriminating or retaliating against a current or former employee for pursuing their right to unpaid wages.

I anticipate your response.

                                      Sincerely,
                                      THE HARR LAW FIRM, by:

                                      JASON L. HARR, J.D., M.P.A.

JLH:mj

cc: Mr. Joseph Sedacca





U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

DELAND, FL 32724
Sedacca / 001

Certified Mail Fee $3.55
$ $2.85

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Certified Mail Restricted Delivery $ $0.00
☐ Adult Signature Required $ $0.00
☐ Adult Signature Restricted Delivery $

Postage $0.55

Total Postage and Fees $6.95

Sent To: Mr. Christopher Setzkop
Street and Apt. No., or PO Box No. 761 E. International Speedway
City, State, ZIP+4® Daytona Beach, FL 32724

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

Postmark Here
FEB 10 2020
02/10/2020
HOLLY HILL 32125

7015 3010 0000 2480 5239