UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**JOSEPH SADECCA,**

    **Plaintiff,**

v.                                      **Case No: 6:20-cv-411-PGB-EJK**

**VOLUSIA/FLAGLER FAMILY
YOUNG MEN'S CHRISTIAN
ASSOCIATION, INC and
CHRISTOPHER JAMES
SEILKOP,**

    **Defendants.**
_____/

**<u>ORDER</u>**

This cause comes before the Court on the parties' Unopposed Joint Motion for Court Approval of Fair Labor Standards Act ("**FLSA**") Settlement and Settlement Agreement (the "Motion"), filed May 6, 2021. (Doc. 38 (the "**MOTION**")). Magistrate Judge Embry J. Kidd submitted a Report recommending that the Motion be granted. (Doc. 42). No parties have filed an objection, and the time to do so has now passed.

After an independent *de novo* review of the record in this matter, and noting that no objections were timely filed, the Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation filed September 27, 2021 (Doc. 42), is **ADOPTED** and **CONFIRMED** and made a part of this Order;

2. The parties' Unopposed Joint Motion to Approve Settlement and Settlement Agreement is **GRANTED**;

3. The Court **FINDS** that parties' Agreement (Doc. 38-1) is a fair and reasonable resolution of a *bona fide* dispute under the FLSA;

4. The case is **DISMISSED WITH PREJUDICE**; and

5. The Clerk of Court is **DIRECTED** to close the file.

**DONE AND ORDERED** in Orlando, Florida on October 12, 2021.

PAUL G. BYRON
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties